AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Mayer Brown LLP - Payment of remaining compensation due through June 1, 2012 (last day with firm; final amount payable in 2013) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Mayer Brown LLP, Partnership Income (prior to judicial appointment) | $54,282.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Janus & Associates, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 02/03/2013 - 02/08/2013 | Washington D.C. | Judicial Training | Airfare, per diem, |
| 2. | Administrative Ofice of the United States Courts | 05/05/2013 - 05/07/2013 | Indianapolis, IN | 7th Circuit Judicial Conference | Mileage, Parking, Hotel, Meals |
| 3. | Federal Judicial Center | 05/20/2013 - 05/24/2013 | Berkeley, CA | Intellectual Property Seminar | Airfare, per diem, baggage fee, cab |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life | Loan #1 | K |
| 2. | United Pacific Life | Loan #2 | K |
| 3. | JP Morgan Chase | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  'AT&T (common stock) | D | Dividend | M | T | | | | | |
| 2.  Bright Start 529 Plan Blended Age Based 18 Years | | None | K | T | | | | | |
| 3.  CenterPoint Energy (common stock) | B | Dividend | K | T | | | | | |
| 4.  Coca-Cola (common stock) | A | Dividend | K | T | | | | | |
| 5.  Columbia Strategic Investor Fund-Z | A | Dividend | J | T | | | | | |
| 6.  DuPont (common stock) | B | Dividend | L | T | | | | | |
| 7.  General Electric (common stock) | A | Dividend | K | T | | | | | |
| 8.  Harley-Davidson (common stock) | A | Dividend | K | T | | | | | |
| 9.  Hershey Foods (common stock) | B | Dividend | M | T | | | | | |
| 10. Home Depot (common stock) | A | Dividend | K | T | | | | | |
| 11. IBM (common stock) | C | Dividend | N | T | | | | | |
| 12. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 13. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 14. Northwestern Mutual Insurance Policies (Whole Life) | C | Dividend | M | T | | | | | |
| 15. Pfizer (common stock) | C | Dividend | M | T | | | | | |
| 16. NRG Energy (common stock) | A | Dividend | J | T | | | | | |
| 17. United Pacific Life Ins. (Universal Life; no control) (nka Genworth) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Savings Bonds | | None | K | T | | | | | |
| 19. Vanguard Dividend Growth Fund | A | Dividend | L | T | | | | | |
| 20. Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 21. Vanguard Information Tech ETF | A | Dividend | L | T | Buy (add'l) | 04/15/13 | K | | |
| 22. Vanguard International Value Fund | B | Int./Div. | L | T | | | | | |
| 23. Vanguard Long-Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 24. Vanguard S&P 500 Index Fund | C | Dividend | M | T | | | | | |
| 25. Walgreen Co. (common stock) | A | Dividend | K | T | | | | | |
| 26. Wal-Mart (common stock) | B | Dividend | L | T | | | | | |
| 27. Walt Disney (common stock) | B | Dividend | L | T | | | | | |
| 28. IRA #1 | C | Int./Div. | M | T | | | | | |
| 29. --Vanguard Total International Stock Index Fund | | | | | | | | | |
| 30. --Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 31. --Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 32. IRA #2 | A | Int./Div. | K | T | | | | | |
| 33. --Vanguard Total International Stock Index Fund | | | | | | | | | |
| 34. --Vanguard Total Stock Market Index Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 36. IRA #3 | D | Dividend | M | T | | | | | |
| 37. --Fidelity Magellan Fund | | | | | | | | | |
| 38. IRA #4 | A | Int./Div. | K | T | | | | | |
| 39. --500 Index Fund | | | | | | | | | |
| 40. IRA #5 | E | Int./Div. | P1 | T | | | | | |
| 41. --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | | | | | | | | | |
| 42. --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | | | | | | | | | |
| 43. --DFEVX - MFO DFA Emerging Markets Value | | | | | | | | | |
| 44. --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | | | | | Buy (add'l) | 01/09/13 | J | | |
| 45. --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | | | | | Buy (add'l) | 01/09/13 | J | | |
| 46. --DVY - MFC IShares TR Dow Jones Select Divid Index Fund | | | | | | | | | |
| 47. --GLD - MFC SPDR Gold TR Gold Shares | | | | | Sold | 01/11/13 | L | A | |
| 48. --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | | | | | Buy (add'l) | 01/14/13 | K | | |
| 49. --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | | | | | | | | | |
| 50. --NOMIX - MFB Northern Mid Cap Index Fund | | | | | | | | | |
| 51. --NORXX - MFB Northern Funds Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --NOSIX - MFB Northern Funds Stock Index Fund | | | | | | | | | |
| 53. --NSICX - MFB Northern Funds Small Cap Index Fund | | | | | | | | | |
| 54. --PHIYX - MFO Pimco Funds Pac Invt Mgmt Ser HY Instl CL | | | | | | | | | |
| 55. --PTTRX - MFO Pimco Funds Pac Invt Mgmt Ser Total Return FD | | | | | | | | | |
| 56. --TDTF - MFC Flexshares Tr IBOXX 5 Yr Tgt Duration TIPS Indx | | | | | | | | | |
| 57. IRA #6 | C | Dividend | N | T | | | | | |
| 58. --Fidelity Blue Chip Growth | | | | | | | | | |
| 59. --Fidelity Independence | | | | | | | | | |
| 60. IRA #7 | A | Dividend | K | T | | | | | |
| 61. --Fidelity Independence | | | | | | | | | |
| 62. Trust #1 | C | Dividend | K | T | | | | | |
| 63. --The Dreyfus Fund | | | | | Sold (part) | 02/26/13 | J | A | |
| 64. | | | | | Sold (part) | 07/23/13 | J | A | |
| 65. | | | | | Sold (part) | 10/22/13 | J | A | |
| 66. Trust #2 | E | Dividend | O | T | | | | | |
| 67. --Allstate (common) | | | | | | | | | |
| 68. --American Electric Power (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --Anadarko Petroleum (common) | | | | | | | | | |
| 70.   --AT&T (common) | | | | | | | | | |
| 71.   --Bank of America (common) | | | | | | | | | |
| 72.   --Beam, Inc.(common) | | | | | | | | | |
| 73.   --Blackrock Global Allocation C | | | | | | | | | |
| 74.   --BP Amoco (ADR) | | | | | | | | | |
| 75.   --Conoco Phillips (common) | | | | | | | | | |
| 76.   --Dow Chemical (common) | | | | | | | | | |
| 77.   --Duke Energy (common) | | | | | | | | | |
| 78.   --DuPont (common) | | | | | | | | | |
| 79.   --Exelon (common) | | | | | | | | | |
| 80.   --Exxon (common) | | | | | | | | | |
| 81.   --Fortune Brands Home & Security (common) | | | | | | | | | |
| 82.   --Heinz (common) | | | | | Sold | 06/10/13 | K | D | |
| 83.   --Hershey (common) | | | | | | | | | |
| 84.   --Ivy Asset Strategy | | | | | | | | | |
| 85.   --JP Morgan Chase Cash Accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Lincoln National Group (common) | | | | | | | | | |
| 87. --Merck (common) | | | | | | | | | |
| 88. --Monsanto (common) | | | | | | | | | |
| 89. --Pfizer (common) | | | | | | | | | |
| 90. --Phillips 66 (common) | | | | | | | | | |
| 91. --Spectra Energy (common) | | | | | | | | | |
| 92. --Sterling Cap FDS Mid Value FD (OVECX) | | | | | Buy | 05/28/13 | K | | |
| 93. --Walgreen's (common) | | | | | | | | | |
| 94. Trust #3 | D | Dividend | N | T | | | | | |
| 95. --3-M (common) | | | | | | | | | |
| 96. --Allstate (common) | | | | | | | | | |
| 97. --Bank of America (common) | | | | | | | | | |
| 98. --Dow Chemical (common) | | | | | | | | | |
| 99. --Exelon (common) | | | | | | | | | |
| 100. --Exxon (common) | | | | | | | | | |
| 101. --IBM (common) | | | | | | | | | |
| 102. --JP Morgan Chase (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --JP Morgan Chase Cash Account | | | | | | | | | |
| 104.  --Lincoln National Corp. (common) | | | | | | | | | |
| 105.  --Pfizer (common) | | | | | | | | | |
| 106.  --Sherwin Williams (common) | | | | | | | | | |
| 107.  Trust #4 | E | Dividend | O | T | | | | | |
| 108.  --3-M (common) | | | | | | | | | |
| 109.  --Exxon Mobil (common) | | | | | | | | | |
| 110.  --McDonald's (common) | | | | | | | | | |
| 111.  --JP Morgan Chase Cash Account | | | | | | | | | |
| 112.  Trust #5 | C | Int./Div. | M | T | | | | | |
| 113.  --JP Morgan Chase Cash Account | | | | | | | | | |
| 114.  --25% of Moles Family Partnership | | | | | | | | | |
| 115.  ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 116.  ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 117.  ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 118.  ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 119.  ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 121. ---GLD-Spdr Gold Tr Gold Shares | | | | | Sold (part) | 06/28/13 | J | A | |
| 122. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 123. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 124. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | | | | | |
| 125. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |
| 126. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |
| 127. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |
| 128. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | | | | | |
| 129. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Sold (part) | 01/25/13 | J | A | |
| 130. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 131. Trust #6 | D | Distribution | O | W | | | | | |
| 132. --Farm land, Christian County, Illinois | | | | | | | | | |
| 133. --JP Morgan Chase Cash Account | | | | | | | | | |
| 134. Trust #7 | F | Dividend | P1 | T | | | | | |
| 135. --Aston Optimum Mid Cap Fund 1 (ABMIX) | | | | | Buy (add'l) | 01/30/13 | J | | |
| 136. --Delaware Emerging Markets Fund (DEMI) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Eaton Vance Global Macro I Fund (EIGMX) | | | | | Sold | 12/19/13 | J | A | |
| 138. --IShares Russell MidCap Index Fund (IWR) | | | | | | | | | |
| 139. --IShares MSCI EAFE Index Fund (EFA) | | | | | Buy (add'l) | 10/28/13 | K | | |
| 140. --JP Morgan High Yield Fund - Sel | | | | | Sold | 10/28/13 | J | A | |
| 141. --JP Morgan Inter. Tax Free Bond Fund - Sel (Fund 1374) | | | | | Buy (add'l) | 08/09/13 | J | | |
| 142. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 143. --JP Morgan Market Expansion Index Fund (PGMIX) | | | | | Buy (add'l) | 12/13/13 | J | | |
| 144. --JP Morgan Str Opp Fund (JSOSX) | | | | | Buy (add'l) | 07/24/13 | J | | |
| 145. --Spider Gold Trust | | | | | Sold (part) | 06/05/13 | K | D | |
| 146. | | | | | Sold (part) | 10/24/13 | J | A | |
| 147. | | | | | Sold | 10/25/13 | J | A | |
| 148. --T Rowe Price New Asia Fund (PRASX) | | | | | Buy (add'l) | 02/01/13 | J | | |
| 149. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 150. --Vanguard FTSE Emerging Markets ETF (VWO) | | | | | Sold | 08/05/13 | K | A | |
| 151. --Condominium Unit (real estate), Sarasota County, Florida | | | | | | | | | |
| 152. --Dreyfus Laurel Emg Mkt Debt Fd | | | | | | | | | |
| 153. --Eaton Vance Floating Rate Advantage I (EIFAX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --JPMorgan Int'l Currency Income Fd (JCIS) | | | | | Sold | 07/24/13 | J | A | |
| 155. --Pimco Commodity Plus Strategy Fd (PCLPX) | | | | | Buy (add'l) | 01/30/13 | J | | |
| 156. | | | | | Buy (add'l) | 10/28/13 | J | | |
| 157. --Edgewood Growth Fd (EGFI) | | | | | Sold | 02/01/13 | J | C | |
| 158. --Hartford Capital Appreciation Fd (ITHIX) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 159. --JPMorgan Intrepid America Fd (JPIA) | | | | | Sold | 04/16/13 | K | C | |
| 160. --JPMorgan Large Cap Growth Fd-Select (SEEGX) | | | | | Buy (add'l) | 01/30/13 | J | | |
| 161. --JPMorgan Large Cap Core Plus Fd-Select (JLPSX) | | | | | Buy (add'l) | 01/30/13 | J | | |
| 162. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 163. --Neuberger Berman Multi Cap Opportunities Fd (NMULX) | | | | | Buy (add'l) | 12/18/13 | J | | |
| 164. --Primecap Odyssey Stock Fd (POSKX) | | | | | | | | | |
| 165. --Spdr S&P 500 ETF Trust (SPY) | | | | | | | | | |
| 166. --JPMorgan Intl Value Fd-Select (JNUSX) | | | | | | | | | |
| 167. --MFS Intl Value Fd-I (MINIX) | | | | | Buy (add'l) | 01/30/13 | J | | |
| 168. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 169. --RS Intl Growth Fd (X) | | | | | Sold (part) | 04/16/13 | K | D | |
| 170. | | | | | Sold | 04/29/13 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Vanguard MSCI Europe ETF (VGK) | | | | | | | | | |
| 172. --iShares MSCI All Country Asia Ex Jpn (AAXJ) | | | | | | | | | |
| 173. --AIM Invt Balanced Risk All Y Fd (ABRY) | | | | | Sold | 12/18/13 | J | A | |
| 174. --Arbitrage Funds-1 CL I (ARBNX) | | | | | Sold | 10/28/13 | K | A | |
| 175. --Doubleline Total Return BD I | | | | | Sold | 12/12/13 | K | A | |
| 176. --JPMorgan Short Term Institutional Muni Bond-Select (PGUI) | | | | | Sold | 08/09/13 | K | A | |
| 177. --JPMorgan Realty Income Fd-INSTL (URTLX) | | | | | Sold | 09/26/13 | K | B | |
| 178. --Capital Private Client SVCS Cap Non-US Equities (CNUSX) | | | | | Buy | 05/01/13 | K | | |
| 179. --Gateway Fund (GTEYX) | | | | | Buy | 01/30/13 | J | | |
| 180. --Goldman Sachs TR Strg Income Inst (GSZIX) | | | | | Buy | 12/18/13 | J | | |
| 181. --JP Morgan China Region Fund-Select Fund 3810 (JCHSX) | | | | | Buy | 07/09/13 | J | | |
| 182. --JP Morgan Global Res Enh Index Fund - Select Fund (JEITX) | | | | | Buy | 04/16/13 | K | | |
| 183. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 184. --JP Morgan Intrepid Euro Fund - Instl (JFEIX) | | | | | Buy | 10/28/13 | J | | |
| 185. --JP Morgan Tax Free Instl Sweep Fund (#840) | | | | | Buy | 11/18/13 | J | | |
| 186. --Metropolitan West Funds Total Return CL I (MWTIX) | | | | | Buy | 12/12/13 | J | | |
| 187. | | | | | Buy (add'l) | 12/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Oakmark Intl Fund-I (OAKIX) | | | | | Buy | 08/05/13 | J | | |
| 189. | | | | | Buy (add'l) | 08/09/13 | K | | |
| 190. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 191. --Doubleline Total Ret Bd-I (DBLT) | | | | | Buy | 07/24/13 | J | | |
| 192. | | | | | Sold | 12/12/13 | K | A | |
| 193. --Lazard Developing Equity-INS (LDMI) | | | | | Buy | 02/01/13 | K | | |
| 194. | | | | | Sold | 08/09/13 | K | A | |
| 195. --Equinox Funds Trust Strategy I (EBSIX) | | | | | Buy | 12/18/13 | L | | |
| 196. | | | | | Buy (add'l) | 12/19/13 | K | | |
| 197. Trust #8 | E | Dividend | O | T | | | | | |
| 198. --Allstate (common) | | | | | | | | | |
| 199. --American Electric Power (common) | | | | | | | | | |
| 200. --Anadarko Petroleum (common) | | | | | | | | | |
| 201. --AT&T (common) | | | | | | | | | |
| 202. --Bank of America (common) | | | | | | | | | |
| 203. --Beam, Inc. (common) | | | | | | | | | |
| 204. --Blackrock Global Allocation C | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 34

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --BP Amoco (ADR) | | | | | | | | | |
| 206. --Conoco Phillips (common) | | | | | | | | | |
| 207. --Dow Chemical (common) | | | | | | | | | |
| 208. --Duke Energy (common) | | | | | | | | | |
| 209. --DuPont (common) | | | | | | | | | |
| 210. --Exelon (common) | | | | | | | | | |
| 211. --Exxon (common) | | | | | | | | | |
| 212. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 213. --Heinz (common) | | | | | Sold | 06/10/13 | K | D | |
| 214. --Hershey (common) | | | | | | | | | |
| 215. --Ivy Asset Strategy | | | | | | | | | |
| 216. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 217. --Lincoln National Group (common) | | | | | | | | | |
| 218. --Merck (common) | | | | | | | | | |
| 219. --Monsanto (common) | | | | | | | | | |
| 220. --Pfizer (common) | | | | | | | | | |
| 221. --Phillips 66 (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Spectra Energy (common) | | | | | | | | | |
| 223. --Sterling Cap FDS Mid Value FD (OVECX) | | | | | Buy | 05/28/13 | K | | |
| 224. --Walgreen's (common) | | | | | | | | | |
| 225. Trust #9 | D | Dividend | N | T | | | | | |
| 226. --3-M (common) | | | | | | | | | |
| 227. --Allstate (common) | | | | | | | | | |
| 228. --Bank of America (common) | | | | | | | | | |
| 229. --Dow Chemical (common) | | | | | | | | | |
| 230. --Exelon (common) | | | | | | | | | |
| 231. --Exxon (common) | | | | | | | | | |
| 232. --IBM (common) | | | | | | | | | |
| 233. --JP Morgan Chase (common) | | | | | | | | | |
| 234. --JP Morgan Chase Cash Account | | | | | | | | | |
| 235. --Lincoln National Corp. (common) | | | | | | | | | |
| 236. --Pfizer (common) | | | | | | | | | |
| 237. --Sherwin Williams (common) | | | | | | | | | |
| 238. Trust #10 | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. --3-M (common) | | | | | | | | | |
| 240. --Exxon Mobil (common) | | | | | | | | | |
| 241. --McDonald's (common) | | | | | | | | | |
| 242. --JP Morgan Chase Cash Account | | | | | | | | | |
| 243. Trust #11 | C | Int./Div. | M | T | | | | | |
| 244. --JP Morgan Chase Cash Account | | | | | | | | | |
| 245. --25% of Moles Family Partnership | | | | | | | | | |
| 246. ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 247. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 248. ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 249. ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 250. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |
| 251. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 252. ---GLD-Spdr Gold Tr Gold Shares | | | | | Sold (part) | 06/28/13 | J | A | |
| 253. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 254. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 255. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |
| 257. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |
| 258. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |
| 259. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | | | | | |
| 260. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Sold (part) | 01/25/13 | J | A | |
| 261. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 262. Trust #12 | D | Dividend | N | T | | | | | |
| 263. --DuPont (common) | | | | | | | | | |
| 264. --General Electric (common) | | | | | | | | | |
| 265. --IBM (common) | | | | | | | | | |
| 266. --Pfizer (common) | | | | | | | | | |
| 267. Trust #13 | D | Dividend | O | T | | | | | |
| 268. --Allstate (common) | | | | | | | | | |
| 269. --American Electric Power (common) | | | | | | | | | |
| 270. --Anadarko Petroleum (common) | | | | | | | | | |
| 271. --AT&T (common) | | | | | | | | | |
| 272. --Bank of America (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Beam, Inc. (common) | | | | | | | | | |
| 274. --Blackrock Global Allocation C | | | | | | | | | |
| 275. --BP Amoco (ADR) | | | | | | | | | |
| 276. --Conoco Phillips (common) | | | | | | | | | |
| 277. --Dow Chemical (common) | | | | | | | | | |
| 278. --Duke Energy (common) | | | | | | | | | |
| 279. --DuPont (common) | | | | | | | | | |
| 280. --Exelon (common) | | | | | | | | | |
| 281. --Exxon (common) | | | | | | | | | |
| 282. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 283. --Hershey (common) | | | | | | | | | |
| 284. --Ivy Asset Strategy | | | | | | | | | |
| 285. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 286. --Lincoln National Group (common) | | | | | | | | | |
| 287. --Merck (common) | | | | | | | | | |
| 288. --Monsanto (common) | | | | | | | | | |
| 289. --Phillips 66 (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Pfizer (common) | | | | | | | | | |
| 291. --Spectra Energy (common) | | | | | | | | | |
| 292. --Sterling Cap FDS Mid value FD (OVECX) | | | | | Buy | 05/28/13 | K | | |
| 293. Trust #14 | D | Dividend | N | T | | | | | |
| 294. --3-M (common) | | | | | | | | | |
| 295. --Allstate (common) | | | | | | | | | |
| 296. --Bank of America (common) | | | | | | | | | |
| 297. --Dow Chemical (common) | | | | | | | | | |
| 298. --Exelon (common) | | | | | | | | | |
| 299. --Exxon (common) | | | | | | | | | |
| 300. --IBM (common) | | | | | | | | | |
| 301. --JP Morgan Chase (common) | | | | | | | | | |
| 302. --JP Morgan Chase Cash Account | | | | | | | | | |
| 303. --Lincoln National Corp. (common) | | | | | | | | | |
| 304. --Pfizer (common) | | | | | | | | | |
| 305. --Sherwin Williams (common) | | | | | | | | | |
| 306. Trust #15 | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --3-M (common) | | | | | | | | | |
| 308. --Exxon Mobil (common) | | | | | | | | | |
| 309. --McDonald's (common) | | | | | | | | | |
| 310. --JP Morgan Chase Cash Account | | | | | | | | | |
| 311. Trust #16 | C | Int./Div. | O | T | | | | | |
| 312. --JP Morgan Chase Cash Account | | | | | | | | | |
| 313. --25% of Moles Family Partnership | | | | | | | | | |
| 314. ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 315. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 316. ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 317. ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 318. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |
| 319. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 320. ---GLD-Spdr Gold Tr Gold Shares | | | | | Sold (part) | 06/28/13 | J | A | |
| 321. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 322. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 323. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |
| 325. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |
| 326. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |
| 327. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | | | | | |
| 328. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Sold (part) | 01/25/13 | J | A | |
| 329. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 330. Trust #17 | E | Dividend | O | T | | | | | |
| 331. --Allstate (common) | | | | | | | | | |
| 332. --American Electric Power (common) | | | | | | | | | |
| 333. --Anadarko Petroleum (common) | | | | | | | | | |
| 334. --AT&T (common) | | | | | | | | | |
| 335. --Bank of America (common) | | | | | | | | | |
| 336. --Beam, Inc. | | | | | | | | | |
| 337. --Blackrock Global Allocation C | | | | | | | | | |
| 338. --BP Amoco (ADR) | | | | | | | | | |
| 339. --Conoco Phillips (common) | | | | | | | | | |
| 340. --Dow Chemical (common) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --Duke Energy (common) | | | | | | | | | |
| 342. --DuPont (common) | | | | | | | | | |
| 343. --Exelon (common) | | | | | | | | | |
| 344. --Exxon (common) | | | | | | | | | |
| 345. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 346. --Heinz (common) | | | | | Sold | 06/10/13 | K | D | |
| 347. --Hershey (common) | | | | | | | | | |
| 348. --Ivy Asset Strategy | | | | | | | | | |
| 349. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 350. --Lincoln National Group (common) | | | | | | | | | |
| 351. --Merck (common) | | | | | | | | | |
| 352. --Monsanto (common) | | | | | | | | | |
| 353. --Phillips 66 (common) | | | | | | | | | |
| 354. --Pfizer (common) | | | | | | | | | |
| 355. --Spectra Energy (common) | | | | | | | | | |
| 356. --Sterling Cap FDS Mid Value FD (OVECX) | | | | | Buy | 05/28/13 | K | | |
| 357. --Walgreen's (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Trust #18 | D | Dividend | N | T | | | | | |
| 359. --3-M (common) | | | | | | | | | |
| 360. --Allstate (common) | | | | | | | | | |
| 361. --Bank of America (common) | | | | | | | | | |
| 362. --Dow Chemical (common) | | | | | | | | | |
| 363. --Exelon (common) | | | | | | | | | |
| 364. --Exxon (common) | | | | | | | | | |
| 365. --IBM (common) | | | | | | | | | |
| 366. --JP Morgan Chase (common) | | | | | | | | | |
| 367. --JP Morgan Chase Cash Account | | | | | | | | | |
| 368. --Lincoln National Corp. (common) | | | | | | | | | |
| 369. --Pfizer (common) | | | | | | | | | |
| 370. --Sherwin Williams (common) | | | | | | | | | |
| 371. Trust #19 | E | Dividend | O | T | | | | | |
| 372. --3-M (common) | | | | | | | | | |
| 373. --Exxon Mobil (common) | | | | | | | | | |
| 374. --McDonald's (common) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  --JP Morgan Chase Cash Account | | | | | | | | | |
| 376.  Trust #20 | C | Int./Div. | M | T | | | | | |
| 377.  --JP Morgan Chase Cash Account | | | | | | | | | |
| 378.  --25% of Moles Family Partnership | | | | | | | | | |
| 379.  ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 380.  ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 381.  ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 382.  ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 383.  ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |
| 384.  ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 385.  ---GLD-Spdr Gold Tr Gold Shares | | | | | Sold (part) | 06/28/13 | J | A | |
| 386.  ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 387.  ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 388.  ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | | | | | |
| 389.  ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |
| 390.  ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |
| 391.  ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | | | | | |
| 393. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Sold (part) | 01/25/13 | J | A | |
| 394. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 395. Trust #21 | F | Int./Div. | P1 | T | | | | | |
| 396. --JPMORGAN CASH ACCOUNT | | | | | | | | | |
| 397. --SPDR 500 ETF TR (SPY) | | | | | Buy (add'l) | 06/26/13 | L | | |
| 398. | | | | | Buy (add'l) | 10/31/13 | L | | |
| 399. --ISHARES TR RUSSEL MIDCAP INDEX FUND (IWR) | | | | | Buy (add'l) | 06/11/13 | K | | |
| 400. --VANGUARD INTL EQUITY INDEX FD EUROPE ETF (VGK) | | | | | Buy (add'l) | 10/31/13 | L | | |
| 401. --VANGUARD INTL EQUITY INDEX FD FTSE EMR MKT ETF (VWO) | | | | | Buy (add'l) | 02/13/13 | K | | |
| 402. | | | | | Sold | 08/05/13 | L | A | |
| 403. --SPDR GOLD TRUST (GLD) | | | | | Sold (part) | 10/24/13 | K | A | |
| 404. | | | | | Sold | 10/25/13 | J | A | |
| 405. --JPMORGAN TR II HIGH YIELD FD SELECT (FUND 3580) | | | | | Sold (part) | 10/31/13 | L | D | |
| 406. --JPMORGAN TR II LARGE CAP GROWTH FD (SEEGX) | | | | | Buy (add'l) | 06/11/13 | K | | |
| 407. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 408. --JPMORGAN TR I INTERM TX FREE BD FD INST (FUND 1374) | | | | | Buy (add'l) | 05/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS –– *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold (part) | 10/31/13 | L | A | |
| 410. --JPMORGAN TRUST II MKT EXPAN INDEX FUND (PGMIX) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 411. | | | | | Buy (add'l) | 10/31/13 | L | | |
| 412. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 413. --JP MORGAN TR I INTL VALUE FUND (JIESX) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 414. --JP MORGAN TR I STRG OPPORTUNITY INCM FD (FUND 3844) | | | | | Buy (add'l) | 05/15/13 | J | | |
| 415. | | | | | Buy (add'l) | 08/27/13 | K | | |
| 416. | | | | | Sold (part) | 10/31/13 | K | A | |
| 417. --JP MORGAN TR I TAX AWARE EQUITY FD INSTL (JPDEX) (fka SELECT JPESX) | | | | | Buy (add'l) | 10/31/13 | K | | |
| 418. --DELAWARE GROUP GLOBAL & INTL FDS EMERG MKT INST MUTUAL FUND (DEMIX) | | | | | Buy (add'l) | 02/13/13 | L | | |
| 419. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 420. | | | | | Sold (part) | 08/06/13 | L | A | |
| 421. --DREYFUS/JAUREL FUDS TR EMRGN MKT 1 MUTUAL FUND (DDBIX) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 422. | | | | | Sold | 09/11/13 | K | A | |
| 423. --EATON VANCE MUT FDS TR FLT RATE FUND | | | | | Buy (add'l) | 08/27/13 | K | | |
| 424. | | | | | Sold (part) | 10/31/13 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 425. --EATON VANCE MUT FDS TR GB MCR ABSL RTN I MUTUAL FD (EIGMX) | | | | | Buy (add'l) | 06/11/13 | K | | |
| 426. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 427. | | | | | Sold | 12/19/13 | L | A | |
| 428. --MATTHEWS INTL FUDS PAC TIGER INST FUND (MIPTX) | | | | | | | | | |
| 429. --T ROWE PRICE INTL FDS NEW ASIA FD (PRASX) | | | | | Buy (add'l) | 02/13/13 | J | | |
| 430. | | | | | Buy (add'l) | 08/27/13 | K | | |
| 431. | | | | | Buy (add'l) | 10/31/13 | L | | |
| 432. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 433. --MFS INTL VALUE I FUND (MINIX) | | | | | Buy (add'l) | 06/11/13 | K | | |
| 434. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 435. --DODGE&COX FD INTL STOCK FD (DODFX) | | | | | Buy (add'l) | 08/27/13 | K | | |
| 436. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 437. --PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD (POSKX) | | | | | Buy (add'l) | 12/12/13 | J | | |
| 438. --HARTFORD CAP APPRE CL I MUTUAL FUND (ITHIX) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 439. --GATEWAY FD-Y (GTEYX) | | | | | Buy (add'l) | 08/27/13 | K | | |
| 440. | | | | | Sold (part) | 10/31/13 | K | A | |
| 441. --PIMCO FDS UNCONSTR BD FUND (PUCPX) | | | | | Buy (add'l) | 06/11/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 34

**Name of Person Reporting**

Tharp, John J.

**Date of Report**

05/14/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. | | | | | Buy (add'l) | 08/27/13 | K | | |
| 443. | | | | | Sold | 10/31/13 | M | A | |
| 444. --RS INVT TR INTL GRW FD (RSIGX) | | | | | Sold | 04/29/13 | M | E | |
| 445. --AIM INVT BAL RISK ALL Y FD (ABRYX) | | | | | Buy (add'l) | 06/11/13 | L | | |
| 446. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 447. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 448. | | | | | Sold | 12/18/13 | M | A | |
| 449. --NEUBERGER BERMAN EQUITY --FDS MULCAP OPP INS FUND (NMULX) | | | | | Buy (add'l) | 10/31/13 | L | | |
| 450. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 451. --DOUBLELINE FDS TR TTL TRN BD I FUND | | | | | Buy (add'l) | 05/15/13 | L | | |
| 452. | | | | | Sold | 10/31/13 | L | A | |
| 453. --JPMORGAN REALTY INCOME FD-INSTL (FUND 1372) | | | | | Sold | 09/26/13 | K | B | |
| 454. --PIMCO FD COMMODITIES PLUS STGY P MUTUAL FUND (PCLPX) | | | | | Buy (add'l) | 08/27/13 | K | | |
| 455. | | | | | Buy (add'l) | 10/31/13 | L | | |
| 456. --JP MORGAN MULTI SECTOR INCOME FD SELECT (FUND 2130) | | | | | Buy | 08/27/13 | K | | |
| 457. | | | | | Sold (part) | 10/31/13 | K | A | |
| 458. --JPM SH INT MUNI BD FD SELECT (FUND 3726) | | | | | Buy | 05/15/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 34

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. | | | | | Buy (add'l) | 08/27/13 | L | | |
| 460. | | | | | Sold | 10/31/13 | M | A | |
| 461. --THE ARBITRAGE FUND-I | | | | | Buy | 08/27/13 | K | | |
| 462. | | | | | Sold | 10/31/13 | K | A | |
| 463. --JPM INTREPID VALUE FD (FUND 1136) | | | | | Buy | 06/11/13 | L | | |
| 464. --CAPITAL PRIVATE CLIENT SVCS NON US EQUITIES (CNUSX) | | | | | Buy | 05/01/13 | M | | |
| 465. | | | | | Buy (add'l) | 06/11/13 | K | | |
| 466. --ISHARES MSCI EAFE INDX FD (EFA) | | | | | Buy | 10/31/13 | N | | |
| 467. --OAKMARK INTL FD-I (OAKIX) | | | | | Buy | 08/05/13 | K | | |
| 468. | | | | | Buy (add'l) | 08/06/13 | L | | |
| 469. --JPM CHINA REGION FD-SELECT (JCHSX) | | | | | Buy | 02/04/13 | K | | |
| 470. --JPM GLOBAL RES ENH INDEX FD-SELECT (JEITX) | | | | | Buy | 04/18/13 | L | | |
| 471. | | | | | Buy (add'l) | 10/31/13 | K | | |
| 472. --EQUINOX FDS TR CB STGY 1 (EBSIX) | | | | | Buy | 12/18/13 | M | | |
| 473. | | | | | Buy (add'l) | 12/19/13 | L | | |
| 474. --GOLDMAN SACHS TR STRG INCM INSTI (GSZIX) | | | | | Buy | 12/18/13 | M | | |
| 475. --DODGE & COX INCOME FD | | | | | Buy | 08/27/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 34

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476.   --JPM INTL CURR INCOME FD SELECT (FUND 3831) | | | | | Buy | 05/15/13 | K | | |
| 477.   --JPM TAX AWARE R/R FD - SEL (FUND 992) | | | | | Buy | 05/15/13 | L | | |
| 478. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 479. | | | | | Sold | 10/31/13 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII.A., Description of Investments and Trusts:

Line 2: Full description: Bright Start 529 Blended Age Based 18 Years Portfolio (no control).

Line 24: Vanguard "500 Index Fund" on 2012 report (line 28) duplicated data included in "Vanguard S&P 500 Index Fund" entry (2012 Report, line 33) and has been deleted on the 2013 report.

Line 57, IRA 6: The holdings in this IRA were erroneously reported on the 2012 report as individual holdings (lines 9 and 10 on the 2012 report) rather than as holdings within this IRA; to report more accurately, the 2013 report adds a heading for IRA 6 and lists these holdings within that IRA.

Line 60, IRA 7: The holdings in this IRA were erroneously reported on the 2012 report as individual holdings (line 10 on the 2012 report) rather than as holdings within this IRA; to report more accurately, the 2013 report adds a heading for IRA 7 and lists these holdings within that IRA.

Line 62; I am the co-trustee of Trust #1 (a trust created by family member). I have no beneficial interest in that trust and receive no fees. I have no position or interest in any of the other trusts listed (#2 - 21). _____ is a co-trustee of each of those trusts except for Trust #7. She is the sole beneficiary of Trusts #2-#5. She has a 25% beneficial interest in Trusts #6, #7, and #21. She has no beneficial interest in Trusts #8-20.

Line 150, Trust 7: Vanguard MSCI Emerging Mkts Fund--name correction: Vanguard FTSE Emerging Mkts Fund (VWO)

Line 395, Trust 21: This Trust was funded at the end of 2012, between 12/20/2012 and 12/31/2012, by family gift (non-reportable), but was inadvertently omitted from the 2012 report due to the late date of the funding. The reportable gross value of the trust at 12/31/2012 was the same as the reportable gross value of the trust at 12/31/2013: "P1". The trust had income of "B" during 2012, in the form of "Int/Div." Other than the initial receipt of the trust assets between 12/20/2012 and 12/31/2012, there were no reportable transactions in 2012.

Additional Information Concerning Part VII.C., Valuation of Investments and Trusts:

Line 22: Vanguard International Value Fund was reported erroneously on the 2012 report (line 31) as value "M"; it should have been reported as value "K". The 2013 year end value for this holding is "L".

The valuation provided for Trusts #6 and #7 for 2012 was based on _____ 25% interest, not the full value of trust assets. Since the full value of the trust would be required to be reported whether _____ is a beneficiary or not, I have reported the full value of the trust (and the income) in 2013. For the same reason, the full value of Trust 21 is similarly reported, even though _____ beneficial interest is only 25% of the trust.

Trusts #6 and #7 contain assets that required different valuation methods. For Trust #6, the farm land valuation method is "W"; the cash account valuation method is "T." For Trust #7, the condominium valuation method is "W"; the valuation method for all other assets listed is "T."

Additional Information Concerning Part VII.D., Transactions:

Trusts 5, 11, 16, and 20: The last Apple stock entries for these trusts were reported on the 2012 Report (lines 132, 956, 1308, 1657) and entry for Monsanto (line 260, 1084, 1436, 1785) should have been "Sold" rather than "Sold (part)." Accordingly, Apple and Monsanto are not listed as assets in this trust in 2013, as it was entirely sold in 2012.

Trust 7: On the 2012 Report, Pepsico (line 658), Yum Brands (line 733), and Costco Wholesale Corp. (line 771) were listed as partial sales on the 2012 Report; they should have been listed as "Sold" rather than "Sold (part)." Accordingly, these stocks are not listed as assets in this trust in 2013, as they were entirely sold in 2012.

**FINANCIAL DISCLOSURE REPORT**

Page 34 of 34

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John J. Tharp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544